# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **Jeannie C. Moore,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No.  4:12cv00250 SNLJ |
| **Michael J. Astrue,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

On February 13, 2012, the above styled cause was inadvertently assigned a case number for the Eastern Division of the Eastern District of Missouri.  Upon closer examination, it has been determined that the case should have been filed as a Southeastern Division case.  Therefore, a Southeastern Division case number must be drawn and a judge assigned.

**IT IS HEREBY ORDERED** that this case has been randomly assigned to the Honorable Terry I. Adelman, U.S. Magistrate Judge.

Dated this 14th day of February, 2012.

JAMES G. WOODWARD
CLERK OF COURT

By: /s/ Karen Moore
Deputy Clerk

**In all future documents filed with the Court, please use the following case number:
 1:12cv00026 TIA.**